UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :

    -against-                                                     :       88-Cr-822 (SHS)

                                                                      :       ORDER

NATHANIEL SWEEPER,                            :

                    Defendant.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The Court construes defendant's letter dated February 17, 2020, as a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1).

IT IS HEREBY ORDERED that:

    1.    The CJA attorney on duty today, Harvey Fishbein, Esq., is appointed to represent the defendant pursuant to the Criminal Justice Act regarding his motion for compassionate release [Doc. No. 216];

    2.    Defendant shall file any supporting memorandum of law and documents by May 1, 2025;

    3.    The government shall file any responsive submission within 30 days thereafter; and

    4.    The Clerk of Court is directed to mail a copy of this Order to Nathaniel Sweeper a/k/a Shakur Jahad [84A3986] at Green Haven Correctional Facility, 594 Rt. 216, Stormville, NY 12582-0010

Dated: New York, New York
       March 6, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.