UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 88-Cr-822 (SHS) |
| -against- | : | ORDER |
| NATHANIEL SWEEPER, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

Defendant having filed a motion for compassionate release on September 3, 2026,

IT IS HEREBY ORDERED that the government shall file any responsive submission to defendant's motion on or before October 2, 2026.

Dated: New York, New York
September 3, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.